JS-6

1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   DANIEL S. GOODMAN (Cal. State Bar No. 126728)
4  Assistant United States Attorney
   Deputy Chief, Criminal Division
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California  90012
        Telephone:  (213) 894-4667
7       Facsimile:  (213) 894-0141
        E-mail: daniel.goodman@usdoj.gov
8
   Attorneys for Complainant
9  UNITED STATES OF AMERICA

BY _____ FILED _____ DEPUTY

AUG 3 0 2010

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

10              UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  IN THE MATTER OF THE        )
    EXTRADITION OF              )    No. CV 10-5286-R(DTB)
13                              )
    MIRKO LAKIC,               )    [PROPOSED] CERTIFICATION OF
14                              )    EXTRADITABILITY AND ORDER OF
    A Fugitive from the        )    COMMITTMENT
15  Government of Sweden.       )
                                )
16  _____)

17

18       The undersigned judicial officer has received an

19  extradition request filed by the United States Attorney for the

20  Central District of California, for and on behalf of the

21  Government of Sweden, relating to Mirko Lakic.

22       The undersigned has also received an affidavit of consent

23  to extradition executed by Mirko Lakic and witnessed by his

24  attorney, Raul Ayala.

25       On August 30, 2010, Mirko Lakic appeared before the

26  undersigned judicial officer in open session, accompanied by his

27  attorney, and in the presence of an Assistant United States

28  Attorney.  The Court addressed Mirko Lakic and is satisfied that

he is aware of his rights and that the affidavit was executed by him knowingly and voluntarily.

Inasmuch as Mirko Lakic has conceded that he is extraditable on the charges for which extradition is requested, and has consented to a certification by the undersigned judicial officer to that effect, and has further consented to remain in custody until his transport to Sweden, unless the Secretary of State declines to issue a surrender warrant, the undersigned finds on the basis of the files and record herein that:

1.    The undersigned judicial officer is authorized under Title 18, United States Code, Section 3184, to conduct an extradition hearing.

2.    The undersigned judicial officer and the Court on which he sits have personal jurisdiction over Mirko Lakic.

3.    There is currently in force an extradition treaty between the Government of the United States and the Government of Sweden.

4.    Mirko Lakic is wanted in Sweden for prosecution on the charges in the extradition request described above.  He is the subject of an arrest warrant issued in Sweden on those charges.

5.    The charges for which extradition is sought constitute extraditable offenses under the extradition treaty in force between the Government of the United States and the Government of Sweden.

6.    Mirko Lakic has stipulated that there is probable cause to believe that he committed the offenses for which extradition is sought.

2

1   Based on the foregoing findings, the undersigned CONCLUDES

2   and ORDERS that Mirko Lakic is extraditable on each offense for

3   which extradition is requested, and CERTIFIES this finding to the

4   Secretary of State pursuant to Title 18, United States Code,

5   Section 3184.

6   IT IS THEREFORE ORDERED that the Clerk of the Court

7   transmit to the Assistant United States Attorney a certified copy

8   of this Certification of Extraditability and the executed

9   Affidavit of Consent to Extradition and, further, that the Clerk

10  forward certified copies of the same to (1) The Secretary of

11  State, Attn: [NAME], Law Enforcement and Intelligence, Office of

12  the Legal Advisor, United States Department of State, 2201 C

13  Street, N.W., Room 5419, Washington, D.C. 20520, and (2) Mary

14  Ellen Warlow, Director, Office of International Affairs, Criminal

15  Division, U.S. Department of Justice, 1301 New York Ave., N.W.,

16  Washington, D.C. 20005 (Attn: Nicholas Marsh), for appropriate

17  disposition.

18  IT IS FURTHER ORDERED that Mirko Lakic shall remain in

19  custody until his transport to Sweden, unless the Secretary of

20  State declines to issue a surrender warrant.

21  Dated:  This _3ond_ day of August, 2010.

22

23

24                                    HON. DAVID T. BRISTOW
                                      United States Magistrate Judge
25                                    Central District of California

I hereby attest and certify on _8/30/10_
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

26

    CLERK U.S. DISTRICT COURT
27  CENTRAL DISTRICT OF CALIFORNIA

28      DEPUTY CLERK                  (1075)

3